ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, CA 90028

Telephone: (323) 672 - 8281
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**SANDRA EDMONDS**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>    Plaintiff,<br><br>v.<br><br>CAPRI URBAN BALDWIN LLC, A DELAWARE LIMITED LIABILITY COMPANY; ABS CA-GL LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1-10,<br><br>    Defendants. | Case No.: 2:20-cv- 00447-CJC-JEM<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

    IT IS HEREBY STIPULATED by and between the Plaintiff Sandra Edmonds on the one hand, and Defendants Capri Urban Baldwin LLC and Abs CA-GL LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Capri Urban Baldwin LLC and Abs CA-GL LLC, from Plaintiff's Complaint, Case

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

Number 2:20-cv- 00447-CJC-JEM. The parties herein reached settlement of the present action.

    Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated:  August 12, 2020    **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

    By: /s/Anoush Hakimi
        Anoush Hakimi, Esq.
        Attorneys for Plaintiff, Sandra Edmonds

Dated:  August 12, 2020    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

    By: /s/Isaiah Weedn
        Isaiah Weedn
        Attorney for Defendant, Capri Urban Baldwin LLC

Dated:  August 12, 2020    **ALBERTSONS COMPANIE INC.**

    By: /s/Theodore K. Bell
        Theodore K. Bell
        Attorney for Defendant, Abs CA-GL LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS